IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

04CV098 EA(M)

DALE GROSS (#1), JAMES BAGWILL (#2), LAVETA BARKER (#3), BILLY BARNES (#4), JIM BENNETT (#5), ROY BERGERON (#6), KENNETH BEVENUE (#7), CODY CALICO (#8), HELEN CAPEHART (#9), ALMA CHESHEWALLA (#10), RAYMOND CODY (#11), O.W. COLLINS (#12), CHRIS COUCH (#13), SAMUEL DOBSON (#14), GINA DOSS (#15), JASON DRAKE (#16), ALLEN FARRIER (#17), KELLY FETZER (#18), EUGENE FITZPATRICK (#19), BILLY GAMBLING (#20), EROS GARCIA (#21), CHRISTOPHER GREEN (#22), WADE GREEN (#23), MIKEY GRIDER (#24), JAMES GRISHAM (#25), TIM HANSEN (#26), DARRIN HARGIS (#27), ANTHONY HAYES (#28), PAUL HENRY (#29), MARK HICKS (#30), RHONDA HOUSDAN (#31), DOUGLAS HUDSON (#32), ROBERT HUGHES (#33), DAVID JOHNSON (#34), EVELYN JOHNSON (#35), DAVID KEIM (#36), KAY LANGE (#37), TONY LAWHORN (#38), DON LINKER (#39), KERRY MARQUETTE (#40), DAVID MASHBURN (#41), JOHN MCHENRY (#42), ROBERT MCKAY (#43), JERRY MCVAY (#44), MATTHEW MERRELL (#45), DEREK MILLER (#46), CASEY MILLS (#47), BOBBY MORRIS (#48), TOMMY MULLINS (#49), MIKE NOLEN (#50), MICAH PARKS (#51), SANDRA PARSONS (#52), JIMMY PHILLIPS (#53), REBECCA PILGRIM (#54), ROBERT PLETT (#55), MARK PRATHER (#56), JOHN PRICE (#57), RUSSELL REPLOGLE (#58), LEE WALKER (#59), NEDRA SANDERS (#60), MICHAEL SANDRIDGE (#61), JOEL SHAFFER (#62), DAVID SHANKLIN (#63), RAYMOND SHINAULT (#64), ROSA SIMS (#65), JOHN SMITH (#66), WAYNE SMITH (#67), FRANK STINEDURF (#68), TIMOTHY SULLIVAN (#69), DAX SWATSENBARG (#70), CARRELL TALLENT (#71), RAYMOND THOMAS (#72), LANNY THOMPSON (#73), MARK THOMPSON (#74), CHARLES THURMAN (#75), SHAY TODD (#76), JOSH VAUGHN (#77), MYRT WALTON (#78), ANDREW WILKERSON (#79), ROBERT WILLIAMS (#80), JAMES WOODCOCK (#81), CLARENCE WOODS (#82), THOMAS YERTON (#83), WENDEL NEAL (#84), TERRY PLILER (#85), MARCIE TROTTER (#86), JOHN PERKINS (#87), DOYLE TREAT (#88), NEAL PITTENGER (#89), MIKE HOPPER (#90), SCOTT VAUGHN (#91), PATSY SMITH (#92), RONALD GRIFFITH (#93), RICHARD GOURD (#94), CURTIS HUGHEY (#95), and LARRY E. JOHNSTON (#96),

Plaintiffs,

v.

HALE-HALSELL COMPANY, an Oklahoma corporation, and ROBERT D. HAWK,

Defendants.

FILED
FEB 10 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Case No. ______________

***ATTORNEY'S LIEN CLAIMED***
***JURY TRIAL DEMANDED***

# COMPLAINT

COME NOW Plaintiffs and for their claims and causes of action against Defendants, and each of them, state and allege as follows:

1. Plaintiffs as above named are individuals who are residents of the State of Oklahoma.

2. Defendant Hale-Halsell Company is a corporation organized and existing under the laws of the State of Oklahoma and doing business in Tulsa County, Oklahoma.

3. Defendant Robert D. Hawk is an individual who is a resident of Tulsa County, Oklahoma.

4. This case arises under the Worker Adjustment and Retraining Notification Act, as amended, 29 U.S.C. § 2101, *et seq.*, the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, with pendent state law claims. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

5. Plaintiffs, and each of them, were employees of Defendant Hale-Halsell until their recent terminations. At all times material herein, Defendant Hawk was their employer as defined by the FLSA and related state laws.

6. Defendant Hale-Halsell, with relation to its termination of Plaintiffs, was subject to the obligations of the WARN Act.

7. Plaintiffs were terminated by Defendant Hale-Halsell without proper notification under the WARN Act, to their detriment in the approximate amount of $6,000 apiece.

8. A number of the Plaintiffs received final paychecks from Defendants, which did not clear the bank, constituting violations of both the FLSA and similar state laws. Defendants are further liable for liquidated damages thereon.

9. Upon termination of the employment of Plaintiffs, Defendants failed to pay Plaintiffs other wages due then in the form of accrued vacation time earned. This is in the approximate amount of $1,200 per employee. This failure to pay subjects Defendants to liability for liquidated damages.

WHEREFORE, premises considered, Plaintiffs pray for judgment against Defendants in the approximate sum of $750,000, interest, costs, liquidated damages, attorney's fees, and such other and further relief to which they are deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: ______________________________

Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
P.O. Box 799
Tulsa, OK 74101-0799
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com